No. 82–185. BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, NAACP, ET AL.;

No. 82–246. BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL.; and

No. 82–259. BEECHER ET AL. *v.* BOSTON CHAPTER, NAACP, ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 967.] Motion of Thomas R. Kiley, Esquire, to permit Thomas A. Barnico, Esquire, to present oral argument *pro hac vice* on behalf of petitioners in No. 82–259 granted. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 82–905. SOONER FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* OKLAHOMA TAX COMMISSION ET AL. Appeal from Sup. Ct. Okla. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–5279. DIXSON *v.* UNITED STATES; and

No. 82–5331. HINTON *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1085.] Motions for appointment of counsel granted, and it is ordered that Donald V. Morano, Esquire, of Chicago, Ill., be appointed to serve as counsel for petitioners in these cases.

No. 82–15. OLIVER *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted.

No. 82–357. MICHIGAN *v.* CLIFFORD ET AL. Ct. App. Mich. Certiorari granted.

No. 82–432. LOCAL NO. 82, FURNITURE & PIANO MOVING, FURNITURE STORE DRIVERS, HELPERS, WAREHOUSEMEN & PACKERS, ET AL. *v.* CROWLEY ET AL. C. A. 1st Cir. Certiorari granted.